STATE v. SCOTT

No. 18A03

Case below: 155 N.C. App. 223

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003.

STATE v. SHORES

No. 22P03

Case below: 155 N.C. App. 342

Motion by Attorney General for temporary stay denied 17 January 2003. Petition by Attorney General for writ of supersedeas denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. SPIVEY

No. 646P02

Case below: 154 N.C. App. 206

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. ST. JOHN

No. 638P02

Case below: 154 N.C. App. 522

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. STOVAL

No. 27P03

Case below: 155 N.C. App. 223

Motion by Attorney General for temporary stay denied 17 January 2003. Petition by Attorney General for writ of supersedeas denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.